UNITED STATES DISTRICT COURT IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-cv-20525-BLOOM/Otazo-Reyes

Elena Svistina
      Plaintiff(s),

vs.

Mark Fadel Elbadramany TDR Towers Master Association, Inc.
      Defendant(s).

_____/

## PLAINTIFF'S UNOPPOSED MOTION
## FOR EXTENSION OF DEADLINE TO AMEND PLEADINGS

COMES NOW, the Plaintiff Elena Svistina and moves this Court pursuant to Federal Rule of Civil Procedure Rule 16 for an extension of the pretrial deadlines as follows:

1.      "Under Federal Rule of Civil Procedure 16(b)(4), a scheduling order may be modified only for good cause and with the judge's consent. . Rule 16(b)(4)'s good cause standard precludes modification unless the schedule could not be met despite the diligence of the parties seeking the extension." *Live Face on Web, LLC v. GPS Web Tracking, Inc.*, No. 16-23282-CIV-ALTONAGA/, 2017 U.S. Dist. LEXIS 219149, at *2 (S.D. Fla. May 30, 2017) *(citing, Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

2.      Plaintiff alleges good cause exists, to amend the pretrial deadlines as the current deadlines cannot be met despite the diligence of the parties for the following reasons. Additionally, this Motion has been filed prior to the expiration of the pretrial deadline at issue.

3.      Plaintiff has diligently sought discovery in this matter regarding other potentially liable parties as follows.

4.      On April 12, 2022 Plaintiff served discovery on TDR Towers requesting the identity of any property management and security company who may have been involved in the subject incident. On May 3, 2022 counsel for TDR Towers requested an extension of time until May 26, 2022 to respond to Plaintiff's discovery which was agreed to by Plaintiff.

5.      On April 22, 2022 counsel for Plaintiff met and conferred with TDR Towers concerning deficiencies contained it its initial Rule 26 disclosures. Specifically, the identities of the entities involved in providing security and property management services for the Trump Towers had not been included in the disclosures. On May 3, 2022, counsel for TDR Towers advised that she was in the process of obtaining this information. However, this information has not yet been received.

6.      Likewise, counsel for Elbadramany has requested a 20-day extension of time to respond to Plaintiff's Request for Production and Interrogatories which were served on April 12, 2022.

7.      Additionally, the parties are still in the process of coordinating a forensic inspection of the EUFY Camera and hard drive belonging to Elbadramany. This evidence remains in the custody of the Miam-Dade State Attorney's Office and a date certain for the inspection has yet to be scheduled as it is being coordinated with the prosecutor assigned to the criminal case. The parties have agreed that the inspection may take place in the presence of the Plaintiff after which video of the subject incident will be produced to all parties.

8.      On May 12, 2022, counsel for Plaintiff also inquired of Elbadramany's counsel concerning photographs which were identified in its initial Rule 26 disclosures but have yet to be produced. This issue remains outstanding.

9.      Plaintiff has also issued the following subpoenas for production which remain

outstanding either to due to the nonparty's failure to respond or objections which have been raised by Elbdramany:

| Subpoena | Date | Status |
|---|---|---|
| Couchsurfing.com | April 13, 2022 | Served, but no response. |
| EUFY/Power Mobile | April 13, 2022 | Subpoena acknowledged pending full response. |
| Miami-Dade State Attorney | May 2, 2022 | Elbadramany objects; pending response from SAO |
| Sunny Isles Beach PD | May 2, 2022 | Elbadramany objects; pending full response from SIBPD |
| Firstservice Residential | May, 11, 2022 | Pending response. |

10.     Finally, as this Court is aware on May 6, 2022, Elbadramany moved this Court to stay all proceedings and discovery in this case pending the outcome of his criminal case. A hearing on this Motion is scheduled for May 26, 2022.

11.     Despite diligently pursuing appropriate discovery in this case, Plaintiff will be unable to amend her pleadings or join any additional parties and/or plead any additional theories of liability until the foregoing discovery issues are resolved.

12.     Undersigned counsel has also conferred with counsel for the Defendants Elbadramany and TDR Towers and can represent to the Court that they do not oppose extension of the deadline to amend pleadings.

WHEREFORE, Plaintiff requests that the Court amend/extend the current deadline to amend pleadings from June 6, 2022 to August 5, 2022.

## **LOCAL RULE 7.1 CERTIFICATION**

Undersigned counsel certifies that prior to the filing of this Motion the undersigned has conferred with all parties affected by this Motion and they do not oppose the relief requested herein.

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2022, a true copy of the foregoing was served by CM/ECF E-service on all counsel or parties of record on the service list:

JONES WALKER LLP
Edward R. Shohat
Monique Garcia
David S. Weinstein
201 S. Biscayne Blvd.
Thirtieth Floor
Miami, Florida 33131
Telephone: 305-679-5700
Facsimile: 305-679-5710
eshohat@joneswalker.com
mgarcia@joneswalker.com
dweinstein@joneswalker.com
calvarez@joneswalker.com

Attorneys for Defendant TDR Towers Master Association, Inc.
LUKS, SANTANIELLO, PETRILLO, COHEN & PETERFRIEND
301 Yamato Road, Suite 4150
Boca Raton, FL 33431
Telephone: (561) 893-9088
Facsimile: (561) 893-9048
DANIEL J. SANTANIELLO
VALERIE R. EDWARDS
DENISE M. STOCKER
vedwards@insurancedefense.net
LUKSBOCA-Pleadings@LS-Law.com
LUKSMIA-Pleadings@LS-Law.com

By:
Attorneys for Plaintiff

FLORIDA LEGAL, LLC
12550 Biscayne Boulevard
Suite 405
North Miami, Florida 33181
(t) (305) 901-2209
(f) (786) 870-4030

/s/ Raymond R. Dieppa
Raymond R. Dieppa, Esq.
Florida Bar No. 27690
E-Mail: ray.dieppa@floridalegal.law

CARPENTER & ZUCKERMAN
John P. Kristensen (Pro Hac Vice Applicant)
Pejman Ben-Cohen (Pro Hac Vice Applicant)
Megan Gyongyos (Pro Hac Vice Applicant)
Email: kristensen@cz.law
        pej@cz.law
        mgyongyos@cz.law
8827 W. Olympic Blvd.
Beverly Hills, California 90211
(310) 273-1230 – TELEPHONE