Case No. 22-cv-20525-BLOOM/Otazo-Reyes

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No. 22-cv-20525-BLOOM/Otazo-Reyes**

ELENA SVISTINA,

    Plaintiff,

v.

MARK FADEL ELBADRAMANY, *et al.*,

    Defendants.

_____/

### ORDER ON STIPULATION FOR LEAVE TO FILE AN AMENDED ANSWER AND TO EXTEND DEADLINE TO FILE MOTION TO STRIKE AFFIRMATIVE DEFENSES

**THIS CAUSE** is before the Court upon the parties' Stipulation for Leave for TDR Towers Master Association, Inc. to File Amended Answer and to Extend Plaintiff's Deadline to File Motion to Strike Affirmative Defenses, ECF No. [73] ("Stipulation"), filed on June 24, 2022. The Stipulation states that the parties have agreed to allow Defendant to file an amended answer by July 18, 2022. The parties have also agreed that Plaintiff shall have three weeks to file a motion to strike affirmative defenses. The Court has carefully reviewed the Stipulation and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [73]** is **APPROVED and ADOPTED** in part.

    a. Defendant shall file an amended answer **no later than July 18, 2022**.[1]

    b. The Court rejects the stipulation regarding the deadline to file a motion to strike

---

[1] The parties are advised that it is improper to stipulate that that "Defendant shall have leave of Court to file an Amended Answer." ECF No. [73] at 3. Leave to amend a pleading is a form of relief that can be requested by the parties and may be granted by the Court. *See* Fed. R. Civ. P. 15(A)(2) ("[A] party may amend its pleading only with the opposing party's written consent or the court's leave.").

Case No. 22-cv-20525-BLOOM/Otazo-Reyes

affirmative defenses as premature, because Defendant has not yet filed an amended answer. Further, this stipulation is unnecessary as Rule 12(f) of the Federal Rules of Civil Procedure provides a 21-day period, after service of an amended pleading, to file a motions to strike.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 24, 2022.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record