**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA**

Elena Svistina
     PLAINTIFF(S),

VS.

                                         CASE NO.: 22-cv-20525-BLOOM/Otazo-Reyes

Mark Fadel Elbadramany TDR Towers Master
Association, Inc. Firstservice Residential Florida,
Inc., Universal Protection Service, LLC's d/b/a
Allied Universal Security Services
     DEFENDANT(S).

_____/

## JOINT STIPULATION OF DISMISSAL

It is hereby agreed and stipulated by the undersigned counsel for the parties that this matter, having been settled between the parties, be dismissed with prejudice as to all parties. All parties shall bear their own attorneys' fees and costs and the Court shall maintain jurisdiction to enforce the terms of any settlement, if necessary.

By:

|  |  |
|---|---|
|  | *Counsel for Defendant(s)* |
| */s/ Raymond R. Dieppa* | */s/ Maikel N. Eskander, Esq.* |
| Raymond R. Dieppa, Esq. | Counsel for Defendant, Mark Fadel |
| Florida Bar No. 27690 | Elbadramany: |
| E-Mail: ray.dieppa@floridalegal.law | CAPITAL PARTNERS LAW |
|  | Counsel for Defendant |
| FLORIDA LEGAL, LLC | Maikel N. Eskander, Esq. |
| Attorneys for Plaintiff | Florida Bar No. 94007 |
| 12550 Biscayne Boulevard | 500 E. Broward Blvd., Suite 1710 |
| Suite 405 | Fort Lauderdale, FL 33394 |
| North Miami, Florida 33181 | Tel: (954) 807-3000 |
| (t) (305) 901-2209 | Fax: (954) 807-3440 |
| (f) (786) 870-4030 | mne@cplfirm.com |
|  | service@cplfirm.com |

*/s/ Valerie R. Edwards*
Attorneys for Defendant TDR Towers Master
Association, Inc. and Firstservice Residential
Florida, Inc.
LUKS, SANTANIELLO, PETRILLO, COHEN
& PETERFRIEND
VALERIE R. EDWARDS, FBN 104355
301 Yamato Road, Suite 4150
Boca Raton, FL 33431
Telephone: (561) 893-9088
Facsimile: (561) 893-9048
vedwards@insurancedefense.net
LUKSBOCA-Pleadings@LS-Law.com
LUKSMIA-Pleadings@LS-Law.com
JMariotti@insurancedefense.net

*/s/ Roberto "Rob" M. Ureta*
Attorneys for Defendant Universal Protection
Service, LLC's d/b/a Allied Universal Security
Services:
Wilson Elser Moskowitz Edelman & Dicker LLP
Roberto "Rob" M. Ureta
Dakeitha S. Haynes
100 Southeast Second Street - Suite 2100
Miami, FL 33131-2126
305.374.4400 (Main)
305.579.0261 (Fax)
rob.ureta@wilsonelser.com
dakeitha.haynes@wilsonelser.com
May.Llanes@wilsonelser.com